IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **MICHAEL JONES, #22172-044** | § | |
| VS. | § | **CIVIL ACTION NO. 5:05cv87** |
| **PAUL KASTNER** | § | |

## ORDER OF DISMISSAL

Plaintiff Michael Jones, an inmate confined at F.C.I. Texarkana, filed this lawsuit complaining that prison officials will not permit him to send his personal eyeglasses out for replacement or repair. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the lawsuit is **DISMISSED** with prejudice pursuant to 42 U.S.C. § 1997e(c). All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 21st day of December, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE